NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

JOHN HARRY ALLEN, *Petitioner.*

No. 1 CA-CR 15-0283 PRPC
FILED 4-18-2017

Petition for Review from the Superior Court in Yavapai County
Nos. V1300CR820000333
V1300CR820000436
The Honorable Michael R. Bluff, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Dana E. Owens
*Counsel for Respondent*

John Harry Allen, Florence
*Petitioner*

**MEMORANDUM DECISION**

Judge Lawrence F. Winthrop delivered the decision of the Court, in which Presiding Judge Randall M. Howe and Judge Jon W. Thompson joined.

**W I N T H R O P**, Judge:

¶1 Petitioner, John Harry Allen, petitions for review of the summary dismissal of his second petition for post-conviction relief. In 2002, Allen pled guilty to attempted molestation of a child and two counts of molestation of a child, all dangerous crimes against children. The superior court sentenced him to an aggregate term of forty-four years' imprisonment. Allen argues the superior court erred when it imposed consecutive sentences, when it treated the offenses as dangerous crimes against children, and when it found Allen had historical prior felony convictions for sentencing purposes.

¶2 We deny relief because Allen could have raised these issues in his first post-conviction relief proceeding. Any claim a defendant could have raised in an earlier post-conviction relief proceeding is precluded. *See* Ariz. R. Crim. P. ("Rule") 32.2(a). None of the exceptions under Rule 32.2(b) apply.

¶3 Accordingly, although we grant review, we deny relief.



AMY M. WOOD • Clerk of the Court
FILED: AA